UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**EMILY YOUSIF** and **JODY YOUSIF,**,

    Plaintiffs,

v.

**MIKE YOUSIF**, **JOHN YOUSIF, ANTHONY YOUSIF, JENNIFER A. ABBO, HANNI KASSAB, Jr., RONNIE KASSAB, LA INSURANCE AGENCY, INC.,** a Michigan corporation**, PREMIER INSURANCE AGENCY, INC.,** a Michigan corporation**, ANTHONY YOUSIF INVESTMENT COMPANY, LLC,** a Michigan limited liability company, **GREAT LAKES ADVANTAGE, INC.,** a Michigan corporation**, GREAT LAKES ADVANTAGE, II. INC.,** a Michigan corporation**, 7 MILE & LAUDER, LLC,** a Michigan limited liability company**, AUSTIN HERSCHHORN, and AUSTIN HERSCHHORN, PC,** a Michigan professional corporation,

    **Defendants.**

Case No. 2:06-cv-15389
Honorable Bernard A. Friedman
Magistrate Judge Virginia M. Morgan

---

EMILY Yousif, In Pro Per
51716 Pembrook Crossing
West Bloomfield, MI  48322
248.766.9368

David E. Einstandig (P47344)
THAV, GROSS, STEINWAY, & BENNETT, PC
Attorney for Defendants Jennifer A. Abbo and Premier Insurance Agency, Inc.
30150 Telegraph Road, Ste. 444
Bingham Farms, MI  48025
248.645.1700

| | |
|---|---|
| Alan C. Harnisch (P14654)<br>Strobl & Sharp, P.C.<br>Attorneys for the Defendants Mike Yousif, John Yousif, Anthony Yousif, Hani Kassab Jr., and Ronnie Kassab only<br>300 East Long Lake Road, Ste. 200<br>Bloomfield Hills, MI  48304 | Austin Hirschhorn (P15001)<br>Austin Hirschhorn, P.C.<br>Counsel for Defendants, L.A. Insurance Agency, Inc., Anthony Yousif Investment Company, LLC, Great Lakes Advantage, Inc., Great Lakes Advantage II, Inc., 7 Mile & Lauder, LLC, Austin Hirschhorn, and Austin Hirschhorn, P.C.<br>101 W. Big Beaver Rd., Ste. 1050<br>Troy MI  48084<br>248.680.1660 |

**ORDER**

Upon the parties' stipulation,

IT IS ORDERD

That Emily Yousif's claims against Defendants Austin Hirschhorn and Austin Hischhorn, PC are dismissed without prejudice and without costs to any party. Emily Yousif's remaining claims in this case are dismissed with prejudice and without costs to any party.

August 8, 2008                                                           s/Bernard A. Friedman

As stipulate to the entry of the above Order.            HON. BERNARD A. FRIEDMAN

/s/ Alan C. Harnisch                                                   /s/ Austin Hischhorn
Alan C. Harnisch (P14654)                                       Larry W. Bennett (P26294)
Strobl & Sharp, P.C.                                                  Austin Hirschhorn (P15001)
Attorneys for the Defendants Mike Yousif,       Co-Counsel for Defendants
John Yousif, Anthony Yousif, Hani Kassab       L.A. Insurance Agency, Inc.,
Date: September ___, 2008                                     Jr., and Ronnie Kassab only
Per attached Fax                                                        Anthony Yousif  Investment,
                                                                                       Company, LLC, Great Lakes
                                                                                       Advantage, Inc., Great Lakes
                                                                                       Advantage II, Inc., 7 Mile &
                                                                                       Lauder, LLC, Austin
                                                                                       Hirschhorn, and Austin
                                                                                       Hirschhorn, P.C.
                                                                                       Date: September _____ 2008
                                                                                       Per Attached Fax

/s/ David E. Einstandig
David E. Einstandig (P47344)
Attorney for Defendants Jennifer A.
Abbo and Premier Insurance Agency, Inc.
Date: September, 2008


/s/ Emily Yousif
Emily Yousif
In Pro Per
Date: September ___, 2008
Per attached Fax

Alan C. Harnisch (P14654)
Strobl & Sharp, P.C.
Attorneys for Defendants Mike
Yousif, John Yousif, Anthony
Yousif, Hani Kassab, Jr., and
Ronnie Kassab only
300 East Long Lake Road, Ste. 200
Bloomfield Hills, MI 48304

Austin Hirschhorn (P15001)
Austin Hirschhorn, P.C.
101 W. Big Beaver Rd., Ste. 1050
Troy, MI 48084
248-680-1660
Counsel for Defendants L.A. Insurance
Agency, Inc., Anthony Yousif Investment
Company, LLC, Great Lakes Advantage,
Inc., Great Lakes Advantage II, Inc.,
7 Mile & Lauder, LLC, Austin Hirschhorn,
And Austin Hirschhorn, P.C.

## ORDER

Upon the parties' stipulation,

IT IS ORDERED

That Emily Yousif's claims against Defendants Austin Hirschhorn and Austin Hirschhorn, PC are dismissed without prejudice and without costs to any party. Emily Yousif's remaining claims in this case are dismissed with prejudice and without costs to any party.

I stipulate to entry of the above Order.

*/s/ Alan C. Harnisch*

Alan C. Harnisch (P14654)
Attorneys for Defendants Mike
Yousif, John Yousif, Anthony
Yousif, Hani Kassab, Jr., and
Ronnie Kassab only
Date: September ___, 2008

Larry W. Bennett (P26294)
Austin Hirschhorn (P15001)
Co-Counsel for Defendants L.A. Insurance
Agency, Inc., Anthony Yousif Investment
Company, LLC, Great Lakes Advantage,
Inc., Great Lakes Advantage II, Inc.,
7 Mile & Lauder, LLC, Austin Hirschhorn,
And Austin Hirschhorn, P.C.
Date: September ___, 2008

| | |
|---|---|
| Alan C. Harnisch (P14654)<br>Strobl & Sharp, P.C.<br>Attorneys for Defendants Mike<br>Yousif, John Yousif, Anthony<br>Yousif, Hani Kassab, Jr., and<br>Ronnie Kassab only<br>300 East Long Lake Road, Ste. 200<br>Bloomfield Hills, MI 48304 | Austin Hirschhorn (P15001)<br>Austin Hirschhorn, P.C.<br>101 W. Big Beaver Rd., Ste. 1050<br>Troy, MI 48084<br>248-680-1660<br>Counsel for Defendants L.A. Insurance<br>Agency, Inc., Anthony Yousif Investment<br>Company, LLC, Great Lakes Advantage,<br>Inc., Great Lakes Advantage II, Inc.,<br>7 Mile & Lauder, LLC, Austin Hirschhorn,<br>And Austin Hirschhorn, P.C. |

## ORDER

Upon the parties' stipulation,

IT IS ORDERED

That Emily Yousif's claims against Defendants Austin Hirschhorn and Austin Hirschhorn, PC are dismissed without prejudice and without costs to any party. Emily Yousif's remaining claims in this case are dismissed with prejudice and without costs to any party.

I stipulate to entry of the above Order.

| | |
|---|---|
| _____<br>Alan C. Harnisch (P14654)<br>Attorneys for Defendants Mike<br>Yousif, John Yousif, Anthony<br>Yousif, Hani Kassab, Jr., and<br>Ronnie Kassab only<br>Date: September ___, 2008 | */s/ Austin Hirschhorn*<br>Larry W. Bennett (P26294)<br>Austin Hirschhorn (P15001)<br>Co-Counsel for Defendants L.A. Insurance<br>Agency, Inc., Anthony Yousif Investment<br>Company, LLC, Great Lakes Advantage,<br>Inc., Great Lakes Advantage II, Inc.,<br>7 Mile & Lauder, LLC, Austin Hirschhorn,<br>And Austin Hirschhorn, P.C.<br>Date: September 5, 2008 |

_____
David E. Einstandig (P47344)
Attorney for Defendants Jennifer A. Abbo
and Premier Insurance Agency, Inc.
Date: September___, 2008

_____
Emily Yousif
In Pro Per
Date: September 4, 2008